# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-5450 ABC <br> CR 07-1356 ABC | Date | January 21, 2009 |
|---|---|---|---|
| Title | Sergio Ricardo Ortiz-Lucatero v. United States of America | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Daphne Alex | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THE GOVERNMENT AND ANGELA FONTOVA SHOULD NOT BE HELD IN CONTEMPT (In Chambers)

   The matter before the Court is a motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255.  Despite being granted a 60 day extension to respond to that motion, the Government failed to respond timely.  As a result, on January 14, 2009, the Court issued an Order to Show Cause requiring the Government to explain why Petitioner's motion should not be granted.  The deadline for responding to the Order to Show Cause was January 20, 2009.  Once again, the Government did not respond by the deadline set by the Court.

   **Accordingly, the Government is hereby ORDERED to appear in this Court on February 2, 2009 at 10:00 a.m. to explain why the Government and Angela Fontova (Special Assistant United States Attorney) should not be held in contempt.**

                                                                                                                                  :
                                                                                             Initials of Preparer   DA

cc:   George S. Cardona, Chief Assistant United States Attorney
      Christine C. Ewell, Assistant United States Attorney, Chief, Criminal Division